FILED

05/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0111

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0111

JADA KU,

Plaintiff and Appellant,

v.

GREAT FALLS PUBLIC LIBRARY,

Defendant and Appellee.

FILED

MAY 2 6 2021

O R D E R

On May 19, 2021, this Court granted self-represented Appellant Jada Ku's Motion for Extension of Time and ordered that she prepare, file, and serve her opening brief on or before June 14, 2021. In the prior Order, we also denied Ku's Motion for Appointment of Counsel because she was not entitled to counsel in her civil case alleging discrimination. This Court also noted opposing counsel's objection to any delay in this appeal as well as that Ku has prosecuted cases in the District Court and had an appeal previously with this Court. Ku's requests stem from this Court rejecting her original opening brief. On May 21, 2021, Ku filed another Motion for Extension of Time as well as a "Motion for Interpreter/Advocator/Attorney."

It appears that Ku did not receive this Court's prior Order in the mail until after she made these second requests. We point out that Ku represented herself in her underlying District Court cases as well as with the motions she has filed in this Court and has not demonstrated any need for an interpreter. Ku communicates well in English. This Court reiterates that it has no statutory authority to appoint counsel for Ku or to appoint an advocate in her pending appeal. Having addressed her motions earlier, therefore,

IT IS ORDERED that:

1. Ku's Motion for Extension of Time is DENIED, as moot; and
2. Ku's "Motion for Interpreter/Advocator/Attorney" is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jada Ku personally.

DATED this 26<u>th</u> day of May, 2021.

For the Court,

By _____

Chief Justice